**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00501-REB-02

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2.  ALEJANDRO GONZALEZ-SEPULVEDA,

 Defendant.

---

**MINUTE ORDER**[1]

---

 On August 13, 2012, the court conducted a telephonic setting conference to reset the status hearing in this matter.  After conferring with counsel and with their consent,

 **IT IS ORDERED** as follows:

 1.  That on **September 21, 2012**, commencing at 3:00 p.m., the court shall conduct the status conference in this matter; and

 2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

 Dated:  August 13, 2012

---

 [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.