**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00501-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ALEJANDRO GONZALEZ-SEPULVEDA,

    Defendant.

## MINUTE ORDER[1]

On September 26, 2012, the court conducted a telephonic setting conference to set this matter for a further status hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 3, 2012**, commencing at 9:00 a.m., the court shall conduct a further status hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 26, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.