**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00501-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ALEJANDRO GONZALEZ-SEPULVEDA,

    Defendant.

## MINUTE ORDER[1]

    On November 30, 2012, the court conducted a telephonic setting conference to reset the competency hearing in this case. After conferring with the parties and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **March 8, 2013**, commencing at 1:30 p.m., the court shall conduct the competency hearing in this matter. The court reserving 2 hours; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  November 30, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.